IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02107-MEH

KATHLEEN FISHER,

    Plaintiff,

v.

HUDSON ACCEPTANCE LLC, a New Jersey limited liability company,

    Defendant.

---

### DISMISSAL OF CASE WITH PREJUDICE

---

Before the Court is Plaintiff's Notice of Dismissal With Prejudice [filed January 7, 2015; docket #16].  The Court finds the Notice and terms of the dismissal proper.  In accordance with Fed. R. Civ. P.  41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 7th day of January, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge